FILED
DSM
2010 MAR 22 AM 9:58

COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SUNTRUST BANK

    Plaintiffs,

vs.

DAVID SPERA, et al.

    Defendants/Third-Party Plaintiffs,

vs.

GINN REAL ESTATE COMPANY, LLC,

    Third-Party Defendant.
_____/

Case No.: 3:08-cv-780-HES-HTS

## ORDER

Before this Court is the Third Party Plaintiff's Notice of Voluntary Dismissal (Doc. 122, filed March 12, 2010). This Court erroneously entered an Order dismissing the entire action. (Doc. 125, issued March 17, 2010). Therefore it is **ORDERED** and **ADJUDGED**:

1. The March 17 Order (Doc. 125) is **VACATED** and the case is **REOPENED**.

2. Third Party Plaintiff's Complaint is **DISMISSED without prejudice**, subject to the right of any party to move this Court, within a sixty (60) days hereof, for the purpose of entering a Dismissal with prejudice, a stipulated for of Final Order or Judgement, or on good cause shown, to reopen for further proceedings.

3. As the only action that remains before this Court is the original Complaint filed by SunTrust ("Plaintiff"), Plaintiff shall brief this Court, in a document not to exceed ten (10) pages, as to why this action should not be remanded. Plaintiff shall file its brief no later than fourteen

(14) days from the date of the issuance of this Order. Once Plaintiff's brief has been filed, Defendants have fourteen (14) days from the date of its filing to respond in a document not to exceed ten (10) pages.

DONE AND ENTERED at Jacksonville, Florida, this 19th day of March, 2010.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

John P. McNaughton, Esq.
Lawrence Hugh Kunin, Esq.
Robert P. Alpert, Esq.
Adina Pollan, Esq.
Justin Hekkanen, Esq.
Marc Gottlieb, Esq.
William Heller, Esq.
David Spera, pro se
Sean Couch, pro se

2